# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  DAVID WILTROUT<br>JILL WILTROUT<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>  DAVID WILTROUT<br>JILL WILTROUT<br><br>      Respondents | Case No.17-20584CMB<br><br>Chapter 13<br><br>Document No. 125 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  25th  day of February , 20 22 , it is hereby ORDERED, ADJUDGED, and DECREED that

United States Steel
Attn: Payroll Manager
Pob 56
Pittsburgh, PA 15230

is hereby ordered to immediately terminate the attachment of the wages of DAVID WILTROUT, social security number XXX-XX-0759.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID WILTROUT.

FILED
2/25/22 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20584-CMB |
| David Wiltrout | Chapter 13 |
| Jill Wiltrout | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Wiltrout, Jill Wiltrout, 198 Wiltorut Hollow Road, White, PA 15490-1024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022               Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com |
| Charles Griffin Wohlrab | on behalf of Creditor LSF8 Master Participation Trust cwohlrab@raslg.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Mario J. Hanyon | on behalf of Creditor LSF8 Master Participation Trust wbecf@brockandscott.com  mario.hanyon@brockandscott.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Feb 25, 2022     Form ID: pdf900     Total Noticed: 1

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
   on behalf of Debtor David Wiltrout ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
   on behalf of Joint Debtor Jill Wiltrout ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Sindi Mncina
   on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com


TOTAL: 10