Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David Wiltrout**
**Jill Wiltrout**
Debtor(s)

Bankruptcy Case No.: 17−20584−CMB
Related to Doc. No. 130
Chapter: 13
Docket No.: 131 − 130

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 2nd of May, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/16/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/28/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/16/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20584-CMB |
| David Wiltrout | Chapter 13 |
| Jill Wiltrout | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 02, 2022 | Form ID: 408v | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Wiltrout, Jill Wiltrout, 198 Wiltorut Hollow Road, White, PA 15490-1024 |
| 14366017 | + | Acs/nelnet, 501 Bleecker St, Utica, NY 13501-2401 |
| 15111881 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14366024 | + | Linebarger Goggin Blaiar & Simpson LLC, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14379757 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |
| 15363289 | | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | May 02 2022 23:40:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14366019 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 02 2022 23:40:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14379752 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 02 2022 23:40:00 | Caliber Home Loans, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 14366020 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 02 2022 23:40:00 | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 14366022 | + | Email/Text: ccusa@ccuhome.com | May 02 2022 23:40:00 | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14420061 | | Email/Text: ECMCBKNotices@ecmc.org | May 02 2022 23:40:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14366023 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 02 2022 23:40:00 | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14366021 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2022 23:45:30 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14656335 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 02 2022 23:40:00 | LSF8 Master Participation Trust, c/o Caliber Home Loans, Inc., PO Box 24330, Oklahoma City, OK 73124-0330 |
| 14676710 | | Email/Text: blegal@phfa.org | May 02 2022 23:40:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14366025 | + | Email/Text: blegal@phfa.org | May 02 2022 23:40:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14379758 | + | Email/Text: blegal@phfa.org | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2022 | Form ID: 408v | Total Noticed: 19 |

|  |  |  | May 02 2022 23:40:00 | Pa Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
|---|---|---|---|---|
| 14366026 | + | Email/Text: bankruptcydepartment@tsico.com | May 02 2022 23:40:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15363289 | ^ | MEBN | May 02 2022 23:40:16 | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LSF8 Master Participation Trust |
| cr |  | LSF8 Master Participation Trust |
| cr | * | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |
| 14379749 | *+ | Acs/nelnet, 501 Bleecker St, Utica, NY 13501-2401 |
| 14379750 | *+ | American Student Ast, 100 Cambridge Street Ste 1600, Boston, MA 02114-2518 |
| 14379751 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14379754 | *+ | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14420062 | * | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14379755 | *+ | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14379753 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14379756 | *+ | Linebarger Goggin Blaiar & Simpson LLC, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14379759 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14366018 | ##+ | American Student Ast, 100 Cambridge Street Ste 1600, Boston, MA 02114-2518 |

TOTAL: 2 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com |
| Charles Griffin Wohlrab | on behalf of Creditor LSF8 Master Participation Trust cwohlrab@raslg.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2022 | Form ID: 408v | Total Noticed: 19 |

Mario J. Hanyon
    on behalf of Creditor LSF8 Master Participation Trust wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Debtor David Wiltrout ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
    on behalf of Joint Debtor Jill Wiltrout ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com

TOTAL: 10