**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID WILTROUT<br>JILL WILTROUT<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-20584<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/17/2017 and confirmed on 5/22/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 68,167.70 |
| Less Refunds to Debtor | 1,022.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 67,145.08 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,500.00 | |
|    Trustee Fee | 3,065.89 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,565.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9225 | | | | |
| PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1290 | | | | |
| FAYETTE COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0066 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 28,247.89 | 28,247.89 | 3,618.08 | 31,865.97 |
|   Acct: 9225 | | | | |
| PHFA(*) | 19,122.62 | 19,122.62 | 2,781.21 | 21,903.83 |
|   Acct: 1290 | | | | |
| | | | | 53,769.80 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID WILTROUT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID WILTROUT | 876.00 | 876.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID WILTROUT | 146.62 | 146.62 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXX2/20 | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXX4/21 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9225 | | | | |
| FAYETTE COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0066 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 853.83 | 853.83 | 0.00 | 853.83 |
|   Acct: 9225 | | | | |

17-20584 Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 853.83 |
| Unsecured | | | | | |
| | AFSA DATA CORP/ACS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1621 | | | | |
| | AMERICAN STUDENT ASSISTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4453 | | | | |
| | BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8525 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4721 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2301 | | | | |
| | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0859 | | | | |
| | LINEBARGER GOGGAN BLAIR & SAMPSO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1793 | | | | |
| | ECMC(*) | 46,952.03 | 3,955.56 | 0.00 | 3,955.56 |
| | Acct: 2162 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 3,955.56 |

TOTAL PAID TO CREDITORS                                                                                              58,579.19

TOTAL CLAIMED
PRIORITY           853.83
SECURED         47,370.51
UNSECURED      46,952.03

Date: 04/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DAVID WILTROUT
    JILL WILTROUT
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:17-20584

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20584-CMB |
| David Wiltrout | Chapter 13 |
| Jill Wiltrout | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 02, 2022 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Wiltrout, Jill Wiltrout, 198 Wiltorut Hollow Road, White, PA 15490-1024 |
| 14366017 | + | Acs/nelnet, 501 Bleecker St, Utica, NY 13501-2401 |
| 15111881 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14366024 | + | Linebarger Goggin Blaiar & Simpson LLC, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14379757 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |
| 15363289 | | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | May 02 2022 23:40:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14366019 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 02 2022 23:40:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14379752 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 02 2022 23:40:00 | Caliber Home Loans, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 14366020 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 02 2022 23:40:00 | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 14366022 | + | Email/Text: ccusa@ccuhome.com | May 02 2022 23:40:00 | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14420061 | | Email/Text: ECMCBKNotices@ecmc.org | May 02 2022 23:40:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14366023 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 02 2022 23:40:00 | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14366021 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2022 23:45:30 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14656335 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 02 2022 23:40:00 | LSF8 Master Participation Trust, c/o Caliber Home Loans, Inc., PO Box 24330, Oklahoma City, OK 73124-0330 |
| 14676710 | | Email/Text: blegal@phfa.org | May 02 2022 23:40:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14366025 | + | Email/Text: blegal@phfa.org | May 02 2022 23:40:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14379758 | + | Email/Text: blegal@phfa.org | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2022 | Form ID: pdf900 | Total Noticed: 19 |

|  |  |  | May 02 2022 23:40:00 | Pa Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
|---|---|---|---|---|
| 14366026 | + | Email/Text: bankruptcydepartment@tsico.com | May 02 2022 23:40:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15363289 | ^ | MEBN |  |  |
|  |  |  | May 02 2022 23:40:16 | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LSF8 Master Participation Trust |
| cr |  | LSF8 Master Participation Trust |
| cr | * | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |
| 14379749 | *+ | Acs/nelnet, 501 Bleecker St, Utica, NY 13501-2401 |
| 14379750 | *+ | American Student Ast, 100 Cambridge Street Ste 1600, Boston, MA 02114-2518 |
| 14379751 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14379754 | *+ | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14420062 | * | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14379755 | *+ | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14379753 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14379756 | *+ | Linebarger Goggin Blaiar & Simpson LLC, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14379759 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14366018 | ##+ | American Student Ast, 100 Cambridge Street Ste 1600, Boston, MA 02114-2518 |

TOTAL: 2 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2022            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com |
| Charles Griffin Wohlrab | on behalf of Creditor LSF8 Master Participation Trust cwohlrab@raslg.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 02, 2022 | Form ID: pdf900 | Total Noticed: 19 |

Mario J. Hanyon
    on behalf of Creditor LSF8 Master Participation Trust wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Debtor David Wiltrout ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
    on behalf of Joint Debtor Jill Wiltrout ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com

TOTAL: 10