**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Wiltrout | Social Security number or ITIN  xxx–xx–0759 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Jill Wiltrout | Social Security number or ITIN  xxx–xx–2162 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17-20584-CMB

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Wiltrout                         Jill Wiltrout

6/17/22                                 **By the court:** Carlota M. Bohm
                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-20584-CMB
David Wiltrout  Chapter 13
Jill Wiltrout
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Jun 17, 2022      Form ID: 3180W      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Wiltrout, Jill Wiltrout, 198 Wiltorut Hollow Road, White, PA 15490-1024 |
| 14366017 | + | Acs/nelnet, 501 Bleecker St, Utica, NY 13501-2401 |
| 15111881 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14366024 | + | Linebarger Goggin Blaiar & Simpson LLC, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14379757 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 18 2022 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 18 2022 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2022 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14366019 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 17 2022 23:51:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14379752 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 17 2022 23:51:00 | Caliber Home Loans, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 14366020 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 17 2022 23:51:00 | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 14366022 | + | EDI: CCUSA.COM | Jun 18 2022 03:53:00 | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14420061 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 17 2022 23:51:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |

Case 17-20584-CMB   Doc 138   Filed 06/19/22   Entered 06/20/22 00:21:32   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: 3180W | Total Noticed: 21 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14366023 | + | EDI: BANKAMER.COM | Jun 18 2022 03:53:00 | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14366021 |  | EDI: JPMORGANCHASE | Jun 18 2022 03:53:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14656335 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 17 2022 23:51:00 | LSF8 Master Participation Trust, c/o Caliber Home Loans, Inc., PO Box 24330, Oklahoma City, OK 73124-0330 |
| 14676710 |  | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14366025 | + | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14379758 | + | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | Pa Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14366026 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 17 2022 23:51:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15363289 | ^ | MEBN | Jun 17 2022 23:49:55 | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LSF8 Master Participation Trust |
| cr |  | LSF8 Master Participation Trust |
| cr | * | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |
| 14379749 | *+ | Acs/nelnet, 501 Bleecker St, Utica, NY 13501-2401 |
| 14379750 | *+ | American Student Ast, 100 Cambridge Street Ste 1600, Boston, MA 02114-2518 |
| 14379751 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14379754 | *+ | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14420062 | * | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14379755 | *+ | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14379753 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14379756 | *+ | Linebarger Goggin Blaiar & Simpson LLC, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14379759 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14366018 | ##+ | American Student Ast, 100 Cambridge Street Ste 1600, Boston, MA 02114-2518 |

TOTAL: 2 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 17, 2022 | Form ID: 3180W | Total Noticed: 21 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com |
| Charles Griffin Wohlrab | on behalf of Creditor LSF8 Master Participation Trust cwohlrab@raslg.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Mario J. Hanyon | on behalf of Creditor LSF8 Master Participation Trust wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor David Wiltrout ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Jill Wiltrout ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com |

TOTAL: 10