**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID WILTROUT<br>JILL WILTROUT<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.: 17-20584<br><br>Chapter 13<br><br>Document No.: 130<br><br>**ENTERED BY DEFAULT** |

**ORDER OF COURT**

AND NOW, this ___17th___ day of ___June___, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/17/22 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-20584-CMB
David Wiltrout  Chapter 13
Jill Wiltrout
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jun 17, 2022     Form ID: pdf900     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Wiltrout, Jill Wiltrout, 198 Wiltorut Hollow Road, White, PA 15490-1024 |
| 14366017 | + | Acs/nelnet, 501 Bleecker St, Utica, NY 13501-2401 |
| 15111881 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14366024 | + | Linebarger Goggin Blaiar & Simpson LLC, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14379757 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14366019 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 17 2022 23:51:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14379752 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 17 2022 23:51:00 | Caliber Home Loans, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 14366020 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 17 2022 23:51:00 | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 14366022 | + | Email/Text: ccusa@ccuhome.com | Jun 17 2022 23:51:00 | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14420061 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 17 2022 23:51:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14366023 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 17 2022 23:51:00 | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14366021 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 17 2022 23:54:23 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14656335 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 17 2022 23:51:00 | LSF8 Master Participation Trust, c/o Caliber Home Loans, Inc., PO Box 24330, Oklahoma City, OK 73124-0330 |
| 14676710 | | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14366025 | + | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14379758 | + | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | Pa Housing Finance Agency, 2101 N. Front Street, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: pdf900 | Total Noticed: 19 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Harrisburg, PA 17110-1086 |
| 14366026 | + | Email/Text: bankruptcydepartment@tsico.com | | Jun 17 2022 23:51:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15363289 | ^ | MEBN | | Jun 17 2022 23:49:58 | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LSF8 Master Participation Trust |
| cr | | LSF8 Master Participation Trust |
| cr | * | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |
| 14379749 | *+ | Acs/nelnet, 501 Bleecker St, Utica, NY 13501-2401 |
| 14379750 | *+ | American Student Ast, 100 Cambridge Street Ste 1600, Boston, MA 02114-2518 |
| 14379751 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14379754 | *+ | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14420062 | * | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14379755 | *+ | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14379753 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14379756 | *+ | Linebarger Goggin Blaiar & Simpson LLC, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14379759 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14366018 | ##+ | American Student Ast, 100 Cambridge Street Ste 1600, Boston, MA 02114-2518 |

TOTAL: 2 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com

Charles Griffin Wohlrab
    on behalf of Creditor LSF8 Master Participation Trust cwohlrab@raslg.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Mario J. Hanyon

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jun 17, 2022 | Form ID: pdf900 | Total Noticed: 19

on behalf of Creditor LSF8 Master Participation Trust wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor David Wiltrout ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
on behalf of Joint Debtor Jill Wiltrout ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Sindi Mncina
on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com

TOTAL: 10